IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

HOWARD ROBINSON,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:24-cv-00014

Judge Jeffrey I. Cummings

Magistrate Judge Young B. Kim

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
| --- | --- |
| 1 | Welltop |
| 2 | KUQIN |
| 4 | Qianzhuo Store |
| 5 | JXYH STORE |
| 6 | GUANGNAN Technology Co., Ltd. |
| 7 | Likede Store |
| 8 | KAIXINLE STORE |
| 9 | Wutong home life |
| 12 | WQQZJJ |
| 13 | Moocorvic |
| 14 | Mouliraty |
| 15 | XEOVHVLJ |
| 16 | TXFQZL |
| 17 | Amacok |
| 18 | Pompotops |
| 19 | Virmaxy |
| 20 | Zeiyignr |
| 22 | Fridja |
| 23 | Dengmore |

| | |
|---|---|
| 24 | Vikakiooze |

DATED: March 7, 2024  Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604
Telephone:312-971-6752
E-mail: keith@vogtip.com

**ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

       The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on March 7, 2024 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                                        */s/ Keith A. Vogt*
                                        Keith A. Vogt